UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

VANESSA DAVIS,

    Plaintiff,                                     CASE NO. 0:12-cv-60988-KMW

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, VANESSA DAVIS ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's First Amended Complaint against Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.     Plaintiff is a natural person who resides in Lauderhill, Broward County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6.     Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Marietta, Cobb County, Georgia.

7.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8.     Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9.     Since approximately August 2011, Defendant has been placing calls to Plaintiff seeking and demanding payment for an alleged debt originally owed to Direct TV.  Plaintiff does not owe this debt as she never had Direct TV service.

10.    Defendant calls Plaintiff from 1-800-897-8296 and 1-866-664-2513 on Plaintiff's home number of 305-303-6413.

11.    Defendant has called Plaintiff up to 4 times per day and calls Plaintiff on a virtual daily basis.

12.    Plaintiff has repeatedly advised Defendant she does not owe the debt and to stop calling, but Defendant continues to call Plaintiff.

13. During a conversation on or about October 14, 2011, Defendant's collector called Plaintiff a "b*tch" at the end of a conversation during which Defendant was again trying to collect a debt Plaintiff does not owe.

14. As a result of Defendant's calls, and calling Plaintiff a profane word, Plaintiff suffered emotional distress, anguish, depression and mental suffering. When Defendant calls Plaintiff, Plaintiff feels stress, aggravation, anguish, and anxiety.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b) Defendant violated §1692d(2) of the FDCPA by calling Plaintiff a profane name.

c) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Actual damages to compensate Plaintiff for mental anguish, emotional distress, anxiety, depression and inconvenience caused by Defendant in an amount to be determined by the trier of fact pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692;*

18. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

19. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

20. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Phone:  (323) 988-2400 ext. 267
    Fax:    (866) 802-0021
    Attorney for Plaintiff
    FBN: 0882461

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, VANESSA DAVIS, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF BROWARD)

Plaintiff, VANESSA DAVIS, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, VANESSA DAVIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated:_____                    _____
                                          VANESSA DAVIS
                                          Plaintiff